IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Maruka Machinery Co. Ltd., | ) | |
| | ) | Case No. 7:17-cv-00490-MGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Hi Tech Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Hi Tech Systems, Inc., | ) | |
| | ) | Case No. 7:17-cv-00917-MGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Maruka Machinery Co. Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT ORDER ALLOWING AMENDMENT OF BOTH PARTIES' COMPLAINTS

On June 26, 2017, Hi Tech Systems, Inc. ("HTS") and Maruka Machinery Co, Ltd. ("Maruka," and with HTS, the "Parties") filed separate motions requesting leave to amend their complaints. Dkt. Nos. 20, 21.[1] Following further discussion, the Parties consented to the filing of each other's proposed amended complaint, while reserving the rights to make any and all appropriate motions and assert any and all defenses that may be applicable to the amended pleadings.

Accordingly, on motion of both Parties, leave is hereby granted to each Plaintiff to amend the operative complaint in its respective case. The Parties shall re-file the amended pleadings

---

[1] Docket cites refer to filings in the lead case, No. 7:17-cv-00490.

1

attached to their respective motions for leave to amend by July 7, 2017, with responses to be filed pursuant to Federal Rule of Civil Procedure 15 no later than July 21, 2017.

    AND IT IS SO ORDERED.

                                              s/Mary Geiger Lewis
                                              Mary Geiger Lewis
                                              United States District Judge

July 6, 2017
Columbia, SC

WE CONSENT:

| *s/ Franklin J. Smith, Jr.* | *s/ Alice W. Parham Casey* |
|---|---|
| Franklin J. Smith, Jr., D.S.C. ID No. 3898 | Alice W. Parham Casey, D.S.C. ID No. 9431 |
| Richardson Plowden & Robinson, P.A. | Wyche, P.A. |
| Post Office Drawer 7788 | 801 Gervais Street, Suite B |
| Columbia, SC 29202 | Columbia, SC 29201 |
| fsmith@richardsonplowden.com | tcasey@wyche.com |
| | |
| *Attorneys for Hi Tech Systems, Inc.* | *Attorneys for Maruka Machinery Co., Ltd.* |

June 30, 2017